# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5278**

**September Term, 2020**

**1:20-cv-01611-UNA**

**Filed On:** August 4, 2021

Abraham Portnov,

       Appellant

    v.

United States Department of Justice, et al.,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's June 29, 2020 order dismissing appellant's complaint without prejudice for lack of jurisdiction be affirmed. The district court correctly concluded that it lacked jurisdiction to review decisions of the U.S. Court of Appeals for the Federal Circuit or the U.S. Court of Federal Claims. See 28 U.S.C. § 1254 (appellate review of decisions of the courts of appeals is taken in the U.S. Supreme Court); 42 U.S.C. § 300aa-12(f) (appellate review of decisions of the U.S. Court of Federal Claims is taken in the U.S. Court of Appeals for the Federal Circuit). Insofar as appellant asserts that he did not seek review of such decisions in the district court, that assertion is inconsistent with the text of his complaint, which focused on recounting alleged flaws in proceedings before those courts.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 20-5278                                September Term, 2020

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk